WILLIAM E. LUDLUM et al., as Executors of JAMES BAKER SMITH, Deceased, Respondents, v. MARY L. VAIL, Appellant.

*Smith* v. *Vail,* 53 App. Div. 628, affirmed.
(Argued March 6, 1901; decided March 22, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 3, 1900, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*J. F. Harrison* for appellant.

*Jacob F. Miller* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.

---

JOHN MARTIN, as Executor of JAMES MARTIN, Deceased, Appellant, v. WILLIAM MARTIN, Respondent.

*Martin* v. *Martin,* 46 App. Div. 445, appeal dismissed.
(Argued March 7, 1901; decided March 22, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 13, 1900, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granting a new trial.

*Roy C. Webster* for appellant.

*A. W. Curtis* for respondent.

Appeal dismissed, with costs ; no opinion.
Concur : PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.